<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 99-7246**

---

STEPHEN M. SOWARDS, SR.,

          Petitioner - Appellant,

  versus

EDWARD E. WRIGHT, Warden; ATTORNEY GENERAL OF
THE COMMONWEALTH OF VIRGINIA,

          Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-99-396-7)

---

Submitted: November 18, 1999   Decided: November 24, 1999

---

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Stephen M. Sowards, Sr., Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen M. Sowards, Sr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Sowards v. Wright, No. CA-99-396-7 (W.D. Va. Aug. 13, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2